# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| MATTHEW R BAERT<br>LIISA M BAERT<br>Debtor(s) | CASE NO. BKY 05-47671 NCD |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Metropolitan Internists PA in the amount of $9.05, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Metropolitan Internists PA<br>C/O Weisberg Law Office<br>PO Box 26759<br>Minneapolis, MN 55426-0759 | 7 | $9.05 |

ACCOUNT NUMBER:
15358

**Jasmine Z. Keller, Trustee**

Dated: December 10, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee